UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHRIS BRUNO

KIMBERLY BRUNO

       Plaintiff,

V.                                                                            CIVIL ACTION NO
                                                              1:15-cv-2271-WMN

UNITED RECOVERY SYSTEMS, LP

Defendant.                                                         DECEMBER 18, 2014

## NOTICE OF DISSMISSAL

The plaintiffs through their attorney Bernard T. Kennedy stipulate that the claims in the above-entitled action shall be dismissed with prejudice and without costs.

                                                               THE PLAINTIFFS

                                                               BY/S/Bernard T. Kennedy
                                                               Bernard T. Kennedy, Esquire
                                                               The Kennedy Law Firm
                                                               P.O. Box 673
                                                                Blairsville, GA 30514
                                                               Ph   (443) 607-8901
                                                                Fax (443) 440-6372
                                                               Fed. Bar # Md26843
                                                               bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 12/18/15 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy