UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHRIS BRUNO

KIMBERLY BRUNO

    Plaintiff,

V.                                     CIVIL ACTION NO
                                     1:15-cv-2271-WMN

UNITED RECOVERY SYSTEMS, LP

Defendant.                           DECEMBER 18, 2014

### NOTICE OF DISSMISSAL

The plaintiffs through their attorney Bernard T. Kennedy stipulate that the claims

in the above-entitled action shall be dismissed with prejudice and without costs.

                                        THE PLAINTIFFS

                                        BY/S/Bernard T. Kennedy
                                        Bernard T. Kennedy, Esquire
                                        The Kennedy Law Firm
                                        P.O. Box 673
                                        Blairsville, GA 30514
                                        Ph  (443) 607-8901
                                        Fax (443) 440-6372
                                        Fed. Bar # Md26843
                                        bernardtkennedy@yahoo.com

"___APPROVED_____" THIS 22nd DAY
OF_December_____ , 20_15___
_____/s/_____
SENIOR UNITED STATES DISTRICT JUDGE
       WILLIAM M. NICKERSON